UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ADAM BRAY,

    Plaintiff,

v.

SHERIFF JOHN T. BOYD,

    Defendant.

CAUSE NO. 3:19-CV-993-PPS-MGG

OPINION AND ORDER

Adam Bray was a prisoner at the LaPorte County Jail when he was granted leave to proceed in this case against Sheriff John T. Boyd in an official capacity for permanent injunctive relief to protect him from attack by fellow inmates. ECF 29. However, he has now been transferred to the Saint Joseph County Jail. ECF 40 and 41. "If a prisoner is transferred to another [jail], his request for injunctive relief against officials of the first [jail] is moot unless he can demonstrate that he is likely to be retransferred." *Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996) (quotation omitted). Here, there is no indication he will be retransferred to the LaPorte County Jail. Sheriff Boyd has sworn Bray was transported to the Saint Joseph County Jail for safekeeping. ECF 40-4. The LaPorte Superior Court ordered him transported. *State v. Bray*, 46D01-1910-F4-1385 (LaPorte Superior Court filed October 15, 2019), transport order entered February 13, 2020; available at

https://public.courts.in.gov/mycase/#/vw/CaseSummary/eyJ2Ijp7IkNhc2VUb2tlbiI6IlNsdkJpSFo5ajRmVktaUUFCeko2UmNKemc4VEJaU1E2ZWlkTEt4TnVhMGMxIn19.

Therefore the injunctive relief claim is now moot. Because that is the only claim on which Bray is proceeding in this lawsuit, this case will be dismissed. However, if Bray is retransferred to the LaPorte County Jail in the future and he believes he in danger of attack by fellow inmates, he may file a motion asking to reopen this case.

For these reasons, this case is DISMISSED AS MOOT.

ENTERED: February 21, 2020.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT